PROB 12C
(6/16)

Report Date: April 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Ramirez-Gonzalez          Case Number: 0980 2:20CR00110-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 12, 2020

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 73 days;<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: November 12, 2020 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: November 11, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: Raul Ramirez-Gonzalez is considered to be in violation of his term of supervised release by failing to report to the probation office within 72 hours of reentry to the United States on or about April 14, 2021.<br><br>On November 12, 2020, after serving his term of imprisonment, Mr. Ramirez-Gonzalez was released to the custody of United States Immigration and Customs Enforcement (ICE). On December 8, 2020, Mr. Ramirez-Gonzalez was deported from the United States.<br><br>On April 14, 2021, the undersigned officer received notification from the Othello Police Department that Mr. Ramirez-Gonzalez was identified by his girlfriend as having assaulted her in Othello, Washington, this same day. Mr. Ramirez-Gonzalez had left the location when police officers arrived. On April 15, 2021, Othello police confirmed having contact with Mr. Ramirez-Gonzalez as he reported to the Othello police station; however, he was not arrested at that time and charges have not yet been filed. |

Prob12C
**Re: Ramirez-Gonzalez, Raul**
**April 16, 2021**
**Page 2**

Mr. Ramirez-Gonzalez has not reported to or contacted the probation office, and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 16, 2021

Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

April 19, 2021

Date