PROB 12C
(6/16)

Report Date:  May 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Ramirez-Gonzalez          Case Number: 0980 2:20CR00110-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 12, 2020

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 73 days; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: November 12, 2020 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: November 11, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Raul Ramirez-Gonzalez is considered to be in violation of his term of supervised release by committing an offense of alien in the United States after deportation on or about April 14, 2021.

On November 12, 2020, after serving his term of imprisonment, Mr. Ramirez-Gonzalez was released to the custody of United States Immigration and Customs Enforcement (ICE). Mr. Ramirez-Gonzalez was subsequently deported from the United States on December 2020.

On May 13, 2021, a criminal complaint was filed in the U.S. District Court in the Eastern District of Washington, charging the defendant with Alien in the United States After Deportation, a violation of 8 U.S.C. § 1326, magistrate docket number 2:21MJ00261-JTR-1.

According to the compliant, on or about April 14, 2021, Mr. Ramirez-Gonzalez was contacted by law enforcement in Adams County, Washington, in regards to a domestic violence incident. Mr. Ramirez-Gonzalez had previously been removed from the United

Prob12C
**Re: Ramirez-Gonzalez, Raul**
**May 14, 2021**
**Page 2**

States to Mexico through El Paso, Texas, on December 2020.  Mr. Ramirez-Gonzalez  did not obtain permission to reenter the United States after being removed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 14, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Thomas O. Rice
United States District Judge

May 14, 2021

Date